# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy



James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

July 22, 2008



FILED
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

'08 CR 7039 IEG

Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101-8900

Re:        USA  v.  David Schulken
NDNY Case #:   5:04-CR-254 (NAM)

Dear Clerk:

Please be advised that pursuant to the Transfer of Jurisdiction Order issued in this action, the above referenced action is hereby transferred to the Southern District of California for jurisdiction over this defendant on supervised release.  Enclosed please find the original Transfer Order, and certified copies of the Indictment, Judgment and Docket Sheet.

Please acknowledge receipt of this transfer by returning a date stamped copy of this letter in the enclosed, self-addressed envelope.

Respectfully,

Lawrence K. Baerman, Clerk

s/

Lori M. Welch, Deputy Clerk

cc:    Counsel of Record (w/ limited enclosures)
      NDNY file
      US Probation Office - Syracuse, NY (w/ limited enclosures)
      US Probation Office - San Diego, CA (w/ limited enclosures)
      AUSA - Syracuse, NY (w/ limited enclosures)
      AUSA - San Diego, CA  (w/ limited enclosures)

ORIGINAL

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 5:04CR00254-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: David Schulken Carlsbad, California | DISTRICT NORTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation - Syracuse |
|---|---|---|
| | NAME OF SENTENCING JUDGE Norman A. Mordue | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/2/08 — TO 5/1/11 |

OFFENSE

21 U.S.C. § 846    Conspiracy to Distribute Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 29, 2008
*Date*

*Norman A. Mordue*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/11/08
*Effective Date*

*Irma E. Gonzalez*
*United States District Judge*

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

_____Northern_____       District of       _____New York_____

UNITED STATES OF AMERICA
### V.
David Schulken

## JUDGMENT IN A CRIMINAL CASE

Case Number:            5:04CR00254-002

USM Number:             91437-198

Paula Notari
105 West F Street, Suite 300
San Diego, California 92101
(619) 239-1199
_____
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)    1 of the Indictment on March 29, 2005.

☐ pleaded nolo contendere to count(s)    _____
   which was accepted by the court.

☐ was found guilty on count(s)    _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Marijuana | 8/2002 | 1 |

      The defendant is sentenced as provided in pages 2 through    6    of this judgment.  The sentence is imposed in accordance
with 18 U.S.C. § 3553 and the Sentencing Guidelines.

☐ The defendant has been found not guilty on count(s)    _____

☐ Count(s)    _____    ☐ is    ☐ are   dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

_____December 28, 2005_____
Date of Imposition of Judgment

Norman A. Mordue
U.S. District Judge

E C F   D O C U M E N T
I certify that this is a printed
copy of a document which was
electronically filed with the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 7/22/08
By: _____ Deputy Clerk

HPW

December 28, 2005
Date

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
              Sheet 2 — Imprisonment

Judgment — Page    2    of    6

DEFENDANT:          David Schulken
CASE NUMBER:        5:04CR00254-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**27 months.**

X    The court makes the following recommendations to the Bureau of Prisons:

    **The Court recommends the defendant participate in drug treatment while in the Bureau of Prisons, but not the Comprehensive Residential Drug Treatment Program. The Court also recommends the defendant be designated to a facility as close to his home in Carlsbad, California as possible.**

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m.    on _____

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT:    David Schulken
CASE NUMBER:    5:04CR00254-002

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

**3 years.**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

x    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

x    The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Deselect, if inapplicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.  (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

DEFENDANT:        David Schulken
CASE NUMBER:   5:04CR00254-002

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall participate in a program for substance abuse which shall include testing for drug and/or alcohol use and may include inpatient and/or outpatient treatment.  The program shall be approved by the United States Probation Office.

2.  The defendant shall contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered in an amount to be determined by the probation officer based on the defendant's ability to pay and the availability of third party payments.

3.  The defendant shall refrain from the use of alcohol while in treatment and for the remainder of the term of supervision following completion of treatment.

4.  The defendant shall provide the probation officer with access to any requested financial information.


## DEFENDANT'S ACKNOWLEDGMENTOF APPLICABLE CONDITIONS OF SUPERVISION

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

The conditions of supervision have been read to me.  I fully understand the conditions and have been provided a copy of them.


_____        _____
Defendant                                                        Date


_____        _____
U.S. Probation Officer/Designated Witness            Date

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:        David Schulken
CASE NUMBER:    5:04CR00254-002

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $  100.00 | $  Waived | $  N/A |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $_____ | $_____ | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the    ☐  fine   ☐  restitution.

☐  the interest requirement for the    ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    NNY(Rev. 10/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:       David Schulken
CASE NUMBER:     5:04CR00254-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X  In full immediately; or

**B**  ☐  Lump sum payment of $ _____ due immediately, balance due

   ☐  not later than _____ , or
   ☐  in accordance with  ☐ D,  ☐ E,  ☐ F, or  ☐ G below; or

**C**  ☐  Payment to begin immediately (may be combined with  ☐ D,  ☐ E, or  ☐ G below); or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**E**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**F**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**G**  ☐  Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to **Lawrence K. Baerman, Clerk, U.S. District Court, Federal Bldg., P.O. Box 7367, 100 S. Clinton Street, Syracuse, N.Y. 13261-7367,** unless otherwise directed by the court, the probation officer, or the United States attorney. If a victim cannot be located, the restitution paid to the Clerk of the Court for that victim shall be sent to the Treasury, to be retrieved if and when the victim is located.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   ☐  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

   ☐  The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

MAY 1 2 2004

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************

UNITED STATES OF AMERICA

v.

CHRISTOPHER McKAY, and
DAVID SCHULKEN

                   Defendants.

*******************************

Criminal Action No.
04-CR-254 NAM

<u>INDICTMENT</u>
Vio: 21 U.S.C. §§ 841(a)(1);
     (b)(1)(B) and 846

**THE GRAND JURY ALLEGES:**

**<u>COUNT ONE</u>**

Beginning no later January 2001, and continuing until at least August 2002, in Oneida

County, in the Northern District of New York, and elsewhere, the defendants,

**CHRISTOPHER McKAY and
DAVID SCHULKEN**

did knowingly and intentionally combine, conspire, confederate, and agree together with each other

and with others known and unknown to possess with intent to distribute and distribute marijuana,

a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

E C F    D O C U M E N T
I certify that this is a printed
copy of a document which was
electronically filed with the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 7/22/08
By:_____ Deputy Clerk

The quantity of marijuana involved exceeded one hundred (100) kilograms, subjecting the defendants to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

### THE GRAND JURY FURTHER ALLEGES:

### PRIOR DRUG FELONY CONVICTION

1.  Count 1 is incorporated by reference.

2.  Defendant CHRISTOPHER McKAY has a prior final conviction for a felony drug offense, in that, on or about July 7, 2000, in Salinas County, California, he was convicted of criminal possession of marijuana for sale, in violation of California Penal Law, and, on or about December 21, 2000, was sentenced to a term of ninety (90) days incarceration followed by thirty-six (36) months probation, which conviction affects the penalty provisions of Title 21, United States Code, Section 841(b)(1) which applies to Count 1 as to defendant CHRISTOPHER McKAY.

Dated: _5/12/0 ✓_

A TRUE BILL,

_____
Foreperson

GLENN T. SUDDABY
United States Attorney

By: _____
Carl G. Eurenius
Assistant U.S. Attorney
Bar Roll No. 511746

2

CLOSED

# U.S. District Court
# Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.2.1] (Syracuse)
# CRIMINAL DOCKET FOR CASE #: 5:04-cr-00254-NAM-2
# Internal Use Only

Case title: USA v. McKay et al

Date Filed: 05/12/2004
Date Terminated: 12/28/2005

Assigned to: Chief Judge Norman
A. Mordue

### Defendant (2)

**David Schulken**
*TERMINATED: 12/28/2005*

represented by **Paula J. Notari**
Office of Paula J. Notari
105 West F. Street
Suite 303
San Diego, CA 92101
619-808-7980
Fax: 619-236-8820
Email: paulanotari@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**U.S.D.C. FOR THE NORTHERN DISTRICT OF NEW YORK**
I, the undersigned Clerk of the Court, do hereby certify that this
is a true, correct and full copy of the original document on file in
my custody.
# of pages (text) ___8___ ; # of pages including (exhibits) _8_
Dated _7/22/08_                    Lawrence K. Baerman, Clerk
by _____, Deputy Clerk.

### Pending Counts

CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE - on or about
January 2001, and continuing
until August 2002, the defts did
knowingly and intentionally
combine & conspire with each
other and with others known and
unknown to possess with intent to
distribute marijuana.

### Disposition

[30] motion to withdraw plea is
denied; Deft. imprisoned for 27
months; Judge recommends
participation in a drug treatment
program; Judge recommends deft.
be placed in facility close to
home; Deft. to serve 36 months of
Supervised Release with
conditions; No fine imposed;
Appeal rights explained; Deft.

(1)                                          remanded to USM

**Highest Offense Level**
**(Opening)**
Felony


**Terminated Counts**                        **Disposition**
None


**Highest Offense Level**
**(Terminated)**
None


**Complaints**                               **Disposition**
None

---

**Plaintiff**
**USA**                    represented by    **Carl G. Eurenius**
                                             Office of the United States
                                             Attorney - Syracuse
                                             P.O. Box 7198
                                             100 South Clinton Street
                                             Syracuse, NY 13261-7198
                                             315-448-0663
                                             Fax: 315-448-0658
                                             Email: carl.eurenius@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Terrence M. Kelly**
                                             Office of United States Attorney -
                                             Albany
                                             445 Broadway
                                             218 James T. Foley U.S.
                                             Courthouse
                                             Albany, NY 12207-2924
                                             518-431-0247
                                             Fax: 518-431-0249
                                             Email: Terrence.Kelly@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2004 | 1 | INDICTMENT as to Christopher McKay (1) count(s) 1, David Schulken (2) count(s) 1. (mnm) (Entered: 05/13/2004) |
| 05/12/2004 | | Summons Issued as to Christopher McKay, David Schulken; defts are to contact AUSA Sherri in San Diego, CA (SDCA) (mnm) (Entered: 05/13/2004) |
| 06/09/2004 | 4 | Order of Transfer/Return to Southern District of California. Counts closed as to David Schulken (2) Count 1. (kcl, ) (Entered: 06/09/2004) |
| 06/17/2004 | 5 | Certified Mail receipt returned as to Christopher McKay, David Schulken re 3 Rule 20 transfer Out, 4 Rule 20 transfer Out from the Southern District of California (kcl, ) (Entered: 06/17/2004) |
| 08/11/2004 | 6 | ORDER APPROVING WAIVER OF ARRAIGNMENT as to David Schulken; Clerk to enter plea of not guity as to deft . Signed by Judge Gustave J. DiBianco on 8/9/04. (kcl, ) (Entered: 08/11/2004) |
| 08/11/2004 | | Plea entered by David Schulken Not Guilty on counts 1. (kcl, ) (Entered: 08/11/2004) |
| 08/12/2004 | | Per CRD for Judge DiBianco, Deft. Schulken has decided not to plead in the district of California. The District of California ordered Deft. to appear in this district before Judge DiBianco on 8/19/04 at 3:00 p.m.. This appearance has been cancelled. Atty. Notari will be representing this Deft. and has submitted a waiver of arraignment form. Atty. Notari and Gov't. are working on a stipulation to waive speedy trial. Deft. is sched. to be sentenced in CA in October and wants to wait until after sentencing to appear in this district. CRD for Judge Mordue advised to issue a scheduling order in this case, even though PTS has not interviewed the Deft.. (sal, ) (Entered: 08/12/2004) |
| 08/12/2004 | | xxxxx Case reopened; Deft. Schulken decided not to plead in Districtof California (kcl, ) (Entered: 08/12/2004) |
| 08/12/2004 | 7 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by David Schulken (kcl, ) (Entered: |

| | | 08/12/2004) |
|---|---|---|
| 08/12/2004 | 8 | CRIMINAL PRETRIAL SCHEDULING ORDER as to David Schulken Motions to be filed by 9/7/2004. Jury Trial set for 10/12/2004 09:30 AM in Syracuse before Judge Norman A. Mordue.. Signed by Judge Gustave J. DiBianco on 8/9/04. (kcl, ) (Entered: 08/12/2004) |
| 08/16/2004 | 9 | Return of Rule 20(c) as to David Schulken for Failure to Plead. (see) (Entered: 08/17/2004) |
| 10/12/2004 | | NOTICE OF HEARING as to David Schulken. Change of Plea Hearing set for 12/2/2004 at 2:00 PM in Syracuse before Judge Norman A. Mordue. (jlm) (Entered: 10/12/2004) |
| 10/14/2004 | 10 | ORDER TO CONTINUE - Ends of Justice as to David Schulken Time excluded from 10/14/04 until 12/14/04. Jury Trial set for 12/13/2004 09:30 AM in Syracuse before Judge Norman A. Mordue. Motions to be filed by 11/7/2004 and be made returnable 12/1/04; Signed by Judge Norman A. Mordue on 10/14/04. (kcl, ) (Entered: 10/15/2004) |
| 12/01/2004 | 11 | ORDER TO CONTINUE - Ends of Justice as to David Schulken Time excluded from 12/1/04 until 1/16/05. Change of Plea Hearing set for 1/3/2005 09:30 AM in Syracuse before Judge Norman A. Mordue. Jury Trial set for 1/10/2005 09:30 AM in Syracuse before Judge Norman A. Mordue. Motions to be filed by 12/7/2004 and shall be made returnable 1/5/05.. Signed by Judge Norman A. Mordue on 12/1/04. (kcl, ) (Entered: 12/03/2004) |
| 01/24/2005 | 12 | ORDER TO CONTINUE - Ends of Justice as to David Schulken Time excluded from 1/24/05 until 3/10/05. Change of Plea Hearing has been set for 2/8/2005 02:00 PM in Syracuse before Judge Norman A. Mordue or in alternative Jury Trial to be set for 3/7/2005 in Syracuse before Judge Norman A. Mordue. Motions to be filed by 2/2/2005 and be made returnable 3/2/05.. Signed by Judge Norman A. Mordue on 1/24/05. (kcl, ) (Entered: 01/25/2005) |
| 02/02/2005 | | TEXT NOTICE by David Schulken adjourning the 2/8/05 change of plea until defendant arrives in this District. The Court will reschedule upon notice of defendant arrival. (jlm) (Entered: 02/02/2005) |
| 02/25/2005 | | TEXT NOTICE OF HEARING as to David Schulken. The |

| | | |
|---|---|---|
| | | Change of Plea Hearing has been reset for 3/17/2005 2:00 PM in Syracuse before Judge Norman A. Mordue. (jlm) (Entered: 02/25/2005) |
| 02/25/2005 | | Attorney Paula Notari notified by telephone as to the change of plea hearing set for 3/17/05 at 2:00 pm in Syracuse as to David Schulken. Attorney to send admission papers today (jlm) (Entered: 02/25/2005) |
| 03/01/2005 | 13 | Letter from Paula J. Notari, Esq., on behalf of David Schulken requesting an adjournment of the date for entry of guilty plea. (Request granted, text order issued.) (jmb) (Entered: 03/04/2005) |
| 03/03/2005 | | TEXT NOTICE OF HEARING as to David Schulken. At the request of defense counsel and with consent of AUSA Eurenius, the Change of Plea Hearing has been reset for 3/29/2005 at 2:00 PM in Syracuse before Judge Norman A. Mordue. (jlm) (Entered: 03/03/2005) |
| 03/11/2005 | 14 | MOTION for Limited Admission Pro Hac Vice of Paula J. Notari as to David Schulken. (jmb) (Entered: 03/15/2005) |
| 03/11/2005 | | Added Attorney Paula J. Notari as to David Schulken. (jmb) (Entered: 03/15/2005) |
| 03/11/2005 | 15 | ORDER : granting 14 Motion for Limited Admission Pro Hac Vice for Paula J. Notari, Esq., as to David Schulken (2). Signed by Judge Norman A. Mordue on 3/11/05. (jmb) (Entered: 03/15/2005) |
| 03/16/2005 | | TEXT NOTICE OF HEARING as to David Schulken. The Court has changed the change of plea hearing time from 2:00 pm to 4:30 pm. The Change of Plea Hearing is set for 3/29/2005 at 4:30 PM in Syracuse before Judge Norman A. Mordue. (jlm) (Entered: 03/16/2005) |
| 03/24/2005 | | TEXT NOTICE OF HEARING as to David Schulken. The Change of Plea Hearing is reset for 3/29/2005 at 3:00 PM in Syracuse before Judge Norman A. Mordue. (jlm) (Entered: 03/24/2005) |
| 03/29/2005 | 16 | Minute Entry for Change of Plea Hearing as to David Schulken held on 3/29/2005 before Judge Norman A. Mordue, APPR: Carl Eurenius, AUSA; Paula Notari, Esq for deft. Plea entered by David Schulken (2) of Guilty to Count 1. Judge Mordue ORDERS Expedited Presentence Investigation from Probation. [3:15-3:40] (Court Reporter Eileen McDonough) (jlm) (Entered: |

| | | 03/29/2005) |
|---|---|---|
| 03/29/2005 | 17 | PLEA AGREEMENT as to David Schulken (jlm) (Entered: 03/29/2005) |
| 03/29/2005 | 18 | GUIDELINE ORDER as to David Schulken Sentencing set for 8/2/2005 11:00 AM in Syracuse before Judge Norman A. Mordue.. Signed by Judge Norman A. Mordue on 3/29/05. (kcl, ) (Entered: 03/30/2005) |
| 05/16/2005 | | CLERK'S CORRECTION OF DOCKET ENTRY; Clerk deleted docket #19 (Notice of Appearance), as it was filed in the wrong case. Document to be filed in correct case by AUSA. (wjg, ) (Entered: 05/16/2005) |
| 07/29/2005 | 19 | Letter from Attorney from Defendant Schulken for David Schulken requesting Continuance of the sentencing date (Notari, Paula) (Entered: 07/29/2005) |
| 07/29/2005 | 20 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by David Schulken *and Notice of intent to file Downward Departures* (Notari, Paula) (Entered: 07/29/2005) |
| 08/01/2005 | | TEXT NOTICE OF HEARING as to David Schulken. At the request of defense counsel, the Sentencing has been reset for 10/3/2005 at 10:00 AM in Syracuse before Judge Norman A. Mordue. All sentencing memoranda shall be filed on or before September 19, 2005.(jlm) (Entered: 08/01/2005) |
| 08/02/2005 | 21 | SEALED DOCUMENT - maintained in Clerk's Office and not available for electronic viewing (Sentencing memo) (kcl, ) (Entered: 08/03/2005) |
| 08/02/2005 | 22 | Order to Seal Document 21 . Signed by Judge Norman A. Mordue on 8/2/05. (kcl, ) (Entered: 08/03/2005) |
| 09/20/2005 | 23 | SEALED SENTENCING MEMORANDUM as to David Schulken (kcl, ) (Entered: 09/21/2005) |
| 09/20/2005 | 24 | Order to Seal Document 23 . Signed by Judge Norman A. Mordue on 9/20/05. (kcl, ) (Entered: 09/21/2005) |
| 09/27/2005 | 25 | Letter from Attorney for Defendant David Schulken for David Schulken requesting continuance of the sentencing date in the interests of justice. (Notari, Paula) (Entered: 09/27/2005) |
| 09/28/2005 | | TEXT ORDER as to David Schulken Granting the 25 Letter Request filed by Paula Notari, Esq for David Schulken to adjourn |

|  |  | the sentencing for six weeks. Sentencing has been reset for 11/21/2005 at 11:00 AM in Syracuse before Judge Norman A. Mordue. The Court will not entertain any more adjournments or changes to the date and time without good cause shown. Endorsed by Judge Norman A. Mordue on 9/28/05. (jlm) (Entered: 09/28/2005) |
|---|---|---|
| 11/10/2005 | 26 | Letter from Paula Notari, Attorney for David Schulken for David Schulken requesting Continuance of the sentencing date in the interests of justice. (Notari, Paula) (Entered: 11/10/2005) |
| 11/15/2005 |  | TEXT ORDER as to David Schulken Granting the 26 Letter Request filed by Paula Notari, Esq for David Schulken. Sentencing is reset for 12/28/2005 at 10:00 AM in Syracuse before Judge Norman A. Mordue. Endorsed by Judge Norman A. Mordue on 11/15/05. (jlm) (Entered: 11/15/2005) |
| 12/06/2005 | 27 | Letter from Defense Counsel for Defendant David Schulken for David Schulken requesting to Continue Sentencing Hearning in the Interests of Justice (Notari, Paula) (Entered: 12/06/2005) |
| 12/09/2005 |  | TEXT ORDER Denying the 27 Letter Request filed by Paula Notari, Esq for David Schulken, to adjourn the sentencing. Endorsed by Judge Norman A. Mordue on 12/9/05. The sentencing remains scheduled for 12/28/05 at 10:00 am. (jlm) (Entered: 12/09/2005) |
| 12/14/2005 | 29 | Order to Seal Document 28 as to David Schulken. . Signed by Judge Norman A. Mordue on 12/14/05. (kcl, ) (Entered: 12/16/2005) |
| 12/16/2005 | 28 | SEALED SENTENCING MEMORANDUM by USA as to David Schulken (kcl, ) (Entered: 12/16/2005) |
| 12/27/2005 | 30 | MOTION to Continue *Sentencing* by David Schulken. (Notari, Paula) (Entered: 12/27/2005) |
| 12/28/2005 | 31 | Minute Entry for proceedings held before Judge Norman A. Mordue :Sentencing held on 12/28/2005 for David Schulken (2), Count(s) 1, 30 motion to withdraw plea is denied; Deft. imprisoned for 27 months; Judge recommends participation in a drug treatment program; Judge recommends deft. be placed in facility close to home; Deft. to serve 36 months of Supervised Release with conditions; No fine imposed; Appeal rights explained; Deft. remanded to USM. (Court Reporter Khris Sellin) (kcl, ) (Entered: 12/28/2005) |
|  |  |  |

| 12/28/2005 | 32 | JUDGMENT as to David Schulken (2), Count(s) 1, 30 motion to withdraw plea is denied; Deft. imprisoned for 27 months; Judge recommends participation in a drug treatment program; Judge recommends deft. be placed in facility close to home; Deft. to serve 36 months of Supervised Release with conditions; No fine imposed; Appeal rights explained; Deft. remanded to USM . Signed by Judge Norman A. Mordue on 12/28/05. (kcl, ) (Entered: 12/29/2005) |
|---|---|---|
| 03/29/2006 | 33 | TRANSCRIPT REQUEST *one copy of Sentencing Hearing* by David Schulken for proceedings held on December 28, 2005 before Judge Norman A. Mordue. (Attachments: # 1 Supplement Request for Transcript form# 2 Supplement A) Form 435) (Notari, Paula) (Entered: 03/29/2006) |
| 04/05/2006 | 34 | RECORD of Proceedings as to David Schulken: Sentencing held on 12/28/05 before Judge Mordue. Court Reporter: Khristine D. Sellin. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Notice of Intent to Redact with the Clerk's Office within 5 business days of this date. The policy governing the redaction of personal information is located on the court website at www.nynd.uscourts.gov. Read this policy carefully. If no Notice of Intent to Redact is filed within 5 business days of this date, the court will assume redaction of personal data identifiers is not necessary and the transcript will be made available on the web. Notice of Intent to Redact due by 4/12/2006 (kds, ) (Entered: 04/05/2006) |
| 04/13/2006 | 35 | TRANSCRIPT of Proceedings as to David Schulken: Sentencing held on 12/28/05 before Judge Mordue, Court Reporter: Khristine D. Sellin. (kds) (Entered: 04/13/2006) |
| 07/22/2008 | 36 | Supervised Release Jurisdiction Transferred to Southern District of California as to David Schulken. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (lmw) (Entered: 07/22/2008) |
| 07/22/2008 | 37 | Transfer letter as to David Schulken regarding the # 36 Transfer of Jurisdiction to the Southern District of California." (lmw) (Entered: 07/22/2008) |